

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Carlton Charles Penright v. The State of Texas

Appellate case number:   01-12-00647-CR

Trial court case number: 1247950

Trial court:             174th District Court of Harris County

       It is ordered that Appellant's Motion for Reconsideration En Banc is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                     Acting for the En Banc Court*

Date: December 8, 2015

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Jennings, J., dissenting from the denial of en banc reconsideration.